UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY BLAKE, | CASE NO. 3:23-cv-05113-DGE |
| Plaintiff, | ORDER DENYING MOTION TO CONTINUE (DKT. NO. 11) |
| v. | |
| LACONDRA TIBBETTS, | |
| Defendant. | |

Before the Court is the parties' stipulated motion to continue, which asks that "the hearing scheduled for January 26, 2024 be continued to February 16, 2024." (Dkt. No. 11 at 2.) In support of their motion, the parties represent that they "have continued to communicate and have attempted mediation," and that a continuance would "allow all parties to complete preparation of competing motions and to accommodate the schedules of counsel." (*Id.* at 1–2.)

The Court DENIES without prejudice the motion to continue. It is unclear what exactly the parties are seeking to continue, as the Court is unaware of a "hearing scheduled for January

26, 2024,"[1] and the motion does not indicate where in the docket that hearing was scheduled. Moreover, the parties' explanation as to why they need additional time is exceedingly vague; for example, the parties do not make clear whether mediation efforts are ongoing and fail to specify the nature of their "continued [] communicat[ions]."

Dated this 2nd day of January 2024.

David G. Estudillo
United States District Judge

---

[1] It is possible the parties are seeking to extend the noting date for Defendant's motion to dismiss, which is currently set for January 26, 2024. (Dkt. No. 10.) However, if that is the case, it was not made clear by the present motion.

ORDER DENYING MOTION TO CONTINUE (DKT. NO. 11) - 2